# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

**GARY MONTGOMERY,**  )
                     )
    **Plaintiff,**  )
                     )     **NO. 3:19-cv-01113**
**v.**  )
                     )     **JUDGE CAMPBELL**
**DARON HALL, et al,**  )     **MAGISTRATE JUDGE FRENSLEY**
                     )
    **Defendants.**  )

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 36), which was filed on February 1, 2023. Through the Report and Recommendation, the Magistrate Judge recommends that the motion for summary judgment filed by Defendants Kinya Jamison, Granvisse Earl, Officer Donquatus Bolden, and Lieutenant David Hodges (Doc. No. 26) be granted and that this case be dismissed. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Defendants' motion for summary judgment (Doc. No. 26) is **GRANTED**, and this action is **DISMISSED**. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE